FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NIGEL LAWRENCE DALBERT,<br>　　　　Petitioner,<br>　v.<br>GEORGE J. GIURBINO, Warden,<br>　　　　Respondent. | No. EDCV 06-703-SGL (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 2-29-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE